■ THOMAS A. ELDRIDGE et al., Appellants, v VINCENT P. SHAW et al., Respondents. (Appeal No. 2.) [951 NYS2d 442]—

Same memorandum as in *Eldridge v Shaw* (99 AD3d 1224

[2012]). Present—Smith, J.P., Peradotto, Carni, Lindley and Martoche, JJ.